PROB 12C
(6/16)

# United States District Court

for the

Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Report Date: May 1, 2023

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 02, 2023

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Alayna Rene Smith | Case Number: 0980 2:19CR00182-WFN-1 |
| Address of Offender: ▇▇▇▇▇▇▇ Spokane, Washington 99205 | |
| Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge | |
| Date of Original Sentence: May 19, 2021 | |
| Original Offense: Possession of Stolen Firearms, 18 U.S.C. §§ 922 (j), 924 (a)(2) | |
| Original Sentence: Prison - 6 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Earl A. Hicks | Date Supervision Commenced: June 7, 2022 |
| Defense Attorney: Amy Rubin | Date Supervision Expires: June 6, 2025 |

## PETITIONING THE COURT

To issue a summons.

On June 9, 2022, a United States Probation Officer reviewed Ms. Smith's conditions of supervised release with her. She signed her judgement acknowledging her understanding of her conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: It is alleged that Ms. Smith is in violation of her conditions of supervised release for using cocaine on or about March 28, 2023. |
| | On March 28, 2023, Alayna Smith reported to the United States Probation Office. She submitted a urinalysis which returned presumptive positive for cocaine; she denied use. The urinalysis was sent to the lab for confirmation and was confirmed positive for cocaine on April 4, 2023. |

Prob12C
Re: Smith, Alayna Rene
May 1, 2023
Page 2

    2    **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Ms. Smith is in violation of her conditions of supervised release for using cocaine on or about April 17, and April 25, 2023.

On April 20, 2023, Ms. Smith reported to the United States Probation Office. She submitted a urinalysis which returned presumptive positive for cocaine; she admitted she used cocaine on April 17, 2023, and signed an admission form.

On April 25, 2023, Ms. Smith reported to the United States Probation Office. She submitted a urinalysis which returned presumptive positive for cocaine; she denied any use since April 17, 2023. The urinalysis was sent to the lab for confirmation and was confirmed positive for cocaine on April 29, 2023.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 05/01/2023

s/Courtney Hambel

Courtney Hambel
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

05/02/2023
Date