PROB 12C
(6/16)

Report Date: April 4, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Apr 08, 2024**

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Alayna Rene Smith | Case Number: 0980 2:19CR00182-WFN-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮ Spokane, Washington 99205 | |
| Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge | |
| Date of Original Sentence: May 19, 2021 | |
| Original Offense: | Possession of Stolen Firearms, 18 U.S.C. §§ 922 (j), 924 (a)(2) |
| Original Sentence: | Prison - 6 months;  TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Earl A. Hicks | Date Supervision Commenced: June 7, 2022 |
| Defense Attorney: | Amy Rubin | Date Supervision Expires: June 6, 2025 |

### PETITIONING THE COURT

To issue a summons.

On June 9, 2022, a United States probation officer reviewed Ms. Smith's conditions of supervised release with her. She signed her judgment acknowledging her understanding of her conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: It is alleged that Ms. Smith is in violation of her conditions of supervised release for using cocaine,  methamphetamine, and amphetamine on or about March 26, 2024.<br><br>On March 26, 2024, Alayna Smith reported to the United States Probation Office. She submitted a urinalysis which returned presumptive positive for cocaine, methamphetamine, and amphetamine; she admitted cocaine use but denied methamphetamine and amphetamine use. The urinalysis was sent to the lab for confirmation.<br><br>On April 4, 2024, the urinalysis that was submitted on March 26, 2024, returned from the lab positive for methamphetamine and amphetamine. |

Prob12C
Re: Smith, Alayna Rene
April 4, 2024
Page 2

    2    **Standard Condition #12:** If this judgment imposes restitution, a fine, or special assessment, it is a condition os supervised release that you pay in accordance with the Schedule of Payments sheer of this judgment. You shall notify the probation office of any material change in your economic circumstances that might affect your ability to pay any unpaid amount of restitution, fine, or special assessments.

    **Supporting Evidence:** It is alleged that Ms. Smith is in violation of her conditions of supervised release by failing to make payments toward her restitution.

    On June 9, 2022, Ms. Smith reported for her intake at the United States Probation Office. At that intake, she signed an agreement to start making payments in the amount of $ 25 starting on July 15, 2022. Ms. Smith has not made any payments toward her restitution since March 2023. Ms. Smith's original judgment imposed a total amount of $10,750. As of the date of this report $50 has been collected leaving an outstanding balance of $10,700.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    04/04/2024

s/Courtney Hambel

Courtney Hambel
U.S. Probation Officer

---

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[ ]    Other

*(signature)*

Signature of Judicial Officer

4/8/2024

Date