PROB 12C
(6/16)

Report Date: April 26, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 26, 2024

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Alayna Rene Smith          Case Number: 0980 2:19CR00182-TOR-1

Address of Offender: ███████████████  Spokane, Washington  99205

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: May 19, 2021

| | | |
|---|---|---|
| Original Offense: | Possession of Stolen Firearms, 18 U.S.C. §§ 922 (j), 924 (a)(2) | |
| Original Sentence: | Prison - 6 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Earl Allan Hicks | Date Supervision Commenced: June 7, 2022 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: June 6, 2025 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 04/08/2024 and 4/25/2024.

On June 9, 2022, the offender's conditions of supervised release were reviewed by her assigned probation officer and she signed said conditions acknow0ledging an understanding of her requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: The offender is alleged to have violated special condition number 4, by failing to report to Pioneer Human Services (PHS) for a urinalysis test on April 15, 2024. |
| | The probation officer received email correspondence from PHS indicating Ms. Smith failed to report for urinalysis testing on April 15, 2024. |

Prob12C
Re: Smith, Alayna Rene
April 26, 2024
Page 2

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   April 26, 2024

s/Lori Cross

Lori Cross
U.S. Probation Officer

## THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Thomas O. Rice
United States District Judge

April 26, 2024
Date