PROB 12C
(6/16)

Report Date: May 22, 2024

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 22, 2024

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Alayna Rene Smith    Case Number: 0980 2:19CR00182-TOR-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮, Spokane, Washington 99208

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Assigned Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: May 19, 2021

| | | |
|---|---|---|
| Original Offense: | Possession of Stolen Firearms, 18 U.S.C. §§ 922 (j), 924 (a)(2) | |
| Original Sentence: | Prison - 6 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Earl Allan Hicks | Date Supervision Commenced: June 7, 2022 |
| Defense Attorney: | Carter Liam Powers Beggs | Date Supervision Expires: June 6, 2025 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 04/08/2024, 04/25/2024 and 04/26/2024.

On June 9, 2022, the offender's conditions of supervised release were reviewed by her assigned probation officer and she signed said conditions acknowledging an understanding of her requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: The offender is alleged to have violated special condition number 4, by ingesting a controlled substance, cocaine, on or about April 24, 2024.<br><br>On April 24, 2024, the offender submitted a urine specimen at Pioneer Human Services (PHS) that returned presumptive positive for cocaine. The urine specimen was thereafter sent to the national laboratory for further testing and it was confirmed positive for cocaine. |

Prob12C
Re: Smith, Alayna Rene
May 22, 2024
Page 2

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  May 22, 2024

s/Lori Cross

Lori Cross
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[X]  Other : All pending violations will be addressed at the Revocation Hearing scheduled for 6/12/2024 at 10:00 AM.

Thomas O. Rice
United States District Judge

May 22, 2024
Date